**Dismissed and Memorandum Opinion filed November 8, 2018.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00838-CV

## IN THE INTEREST OF A.C. AND E.T-T., CHILDREN

**On Appeal from the 312th District Court
Harris County, Texas
Trial Court Cause No. 2016-30086**

## M E M O R A N D U M     O P I N I O N

This is an appeal from a judgment signed September 14, 2018. The record reflects the trial court granted a new trial on October 1, 2018. Accordingly, there is no longer a final, appealable judgment and this court has no jurisdiction. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (generally, appeals may be taken only from final judgments).

On October 17, 2018, notification was transmitted to all parties of the court's intent to dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

Appellant did not respond to the court's dismissal letter.

On October 19, 2018, appellant filed a petition for writ of mandamus asking this court to compel the trial court to vacate the order granting new trial. On November 6, 2018, this court denied appellant's petition for writ of mandamus.

Because appellant has not demonstrated that the court has jurisdiction over this appeal, we dismiss the appeal for want of jurisdiction.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Boyce and Busby.